UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>THYSSENKRUPP SUPPLY CHAIN SERVICES, NA INC.,<br><br>    Defendant. | Case No. 23-cv-03368-VC<br><br>**ORDER DENYING MOTION TO COMPEL ARBITRATION**<br><br>Re: Dkt. No. 20 |

The motion to compel arbitration is denied. This ruling assumes that the reader is familiar with the facts, the applicable legal standard, and the arguments made by the parties.[1]

1. Neither the class action waiver nor the PAGA "individual action requirement" is enforceable under California law. The class action waiver is not enforceable, because Lopez has shown that the class mechanism would be a much more effective way of vindicating the rights of affected employees. *See Muro v. Cornerstone Staffing Solutions, Inc.*, 20 Cal. App. 5th 784, 793 (2018). He has shown that any individual recovery would be modest—his lawyer estimates that Lopez himself would recover around $10,000 on his claims. Lopez also submitted a declaration saying that he "feared retaliation for making any complaints" about his working conditions. Dkt. No. 23-3 ¶ 8. And Lopez claims he was "not familiar" with his labor rights and "only became familiar with some of these rights after consulting with [his] attorneys." *Id.* ¶ 9. Overall, these

---

[1] tk Supply presented two arbitration agreements that might govern this dispute. A court must decide which one applies. *See Coinbase, Inc. v. Suski*, 144 S. Ct. 1186, 1194 (2024). The tk Supply agreement does, because it is newer and includes an integration clause. *See Williams v. Atria Las Posas*, 24 Cal. App. 5th 1048, 1052 (2018); *see also Johnson v. Walmart Inc.*, 57 F.4th 677, 681 (9th Cir. 2023).

**IT IS SO ORDERED.**

Dated: June 28, 2024

_____
VINCE CHHABRIA
United States District Judge

---

also established personal knowledge. *See Self-Realization Fellowship Church v. Ananda Church of Self-Realization*, 206 F.3d 1322, 1330 (9th Cir. 2000). The same goes for Johnson. Neither one has offered an expert opinion. The hearsay objections fail too. *See Sandoval v. County of San Diego*, 985 F.3d 657, 666 (9th Cir. 2021). As for tk Supply's evidentiary objections: The objections to Carney's statements and most of Lopez's statements can be denied as moot, because this ruling does not rely on those statements. Lopez's expression of his own concerns about retaliation reflects facts within his personal knowledge. *See Nigro v. Sears, Roebuck & Co.*, 784 F.3d 495, 497–98 (9th Cir. 2015). As does Lopez's statement about his degree of familiarity with his legal rights.